# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 30, 2019

158658

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

JERRON JASON DAVIS,
      Defendant-Appellant.

_____/

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

SC: 158658
COA: 343964
Oakland CC: 2006-210240-FC

By order of May 29, 2019, the prosecuting attorney was directed to answer the application for leave to appeal the September 19, 2018 order of the Court of Appeals. On order of the Court, the answer having been received, the application for leave to appeal is again considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).





I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 30, 2019

Clerk

t1023